UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

ANGELA OCHOA                *    CIVIL ACTION
                            *
VERSUS                      *    NO: 06-10716
                            *
PV HOLDING CORPORATION,     *    SECTION: "F"
BUDGET RENTAL CAR COMPANY,  *
AND PAUL GULLEY             *    MAG.: 3


*****************************************
                TELEPHONIC
            ORAL DEPOSITION OF
               PAUL GULLEY
            DECEMBER 21, 2006
                VOLUME 1
*****************************************


        TELEPHONIC ORAL DEPOSITION OF PAUL GULLEY,
produced as a witness in the instance of the Plaintiff, and
duly sworn, was taken in the above-styled and -numbered
cause on the 21ST day of December, 2006, from 9:50 a.m. to
9:59 a.m., before Sonya B. Britt, CSR, in and for the State
of Texas, reported by machine shorthand, at the offices of
Esquire Deposition Services, located at 5601 Bridge Street,
Suite 300, Fort Worth, Texas, pursuant to the Louisiana
Federal Rules of Civil Procedure and the provisions stated
on the record or attached hereto.



Paul Gulley, Vol. I                                                December 21, 2006

Page 6

1    A. Yeah.
2    Q. And tell me what the storm did to your residence
3 or what it did living-wise.
4    A. It destroyed everything.
5    Q. I'm sorry?
6    A. It destroyed everything. You're talking about the
7 house- -- household?
8    Q. I'm talking about your living arrangements.
9    A. Oh.
10   Q. Where did you go on August 29th --
11   A. Oh --
12   Q. -- 2005?
13   A. -- okay. I went to the Superdome, and then I was
14 transported up here to -- to Dallas.
15   Q. Okay. Okay. And have you been working in Dallas?
16   A. I started working about a week ago, not in Dallas,
17 but in -- in Fort Worth.
18   Q. So you were unemployed from the time of the -- the
19 storm, August 29th, until a week ago?
20   A. I had a -- I had a previous job. I started in, I
21 think it was, August. It was a temporary job. I've been
22 working temporary jobs.
23   Q. Okay.
24   A. Yeah.
25   Q. All right. You came to New Orleans on October

Page 7

1 5th -- I'm sorry, February 1st of this year, 2006 --
2    A. Yeah.
3    Q. -- is that right?
4    A. February? Yeah. Yeah.
5    Q. February 1st, 2006. And you rented a car --
6    A. Yeah. Yeah.
7    Q. -- rented a car. Where were you living on
8 February 1st, 2006?
9    A. I was living -- 18- -- no. 814 Gemstone Trail,
10 Arlington, Texas.
11       MR. EVANS: Ms. Court Reporter, do you know
12 that address?
13       THE REPORTER: I can find it.
14       MR. EVANS: Do you need him to spell that for
15 you?
16       THE REPORTER: Would you like to go ahead and
17 spell it for me?
18       THE WITNESS: Okay. Gemstone,
19 G-E-M-S-T-O-N-E.
20       THE REPORTER: Got it. Thank you.
21   Q. (BY MR. EVANS) Okay. And, I'm sorry, what city
22 is that in?
23   A. Arlington.
24   Q. Arlington Texas?
25   A. Yeah.

Page 8

1    Q. And do you rent or own that premises?
2    A. Well, I'm renting.
3    Q. Okay. And why is it you were only working temp
4 jobs? Is it your intent to return to New Orleans?
5    A. No.
6    Q. No?
7    A. No.
8    Q. What was your purpose of your visit February 1st,
9 2006?
10   A. Well, I was just visiting some family.
11   Q. Where were you living on October 5th of this year?
12   A. Of this year?
13   Q. Yeah. 2006. Let's see, roughly two-and-a-half
14 months ago.
15   A. Yeah. On -- in Gem- -- Gemstone. 814 Gemstone
16 Trail.
17   Q. Okay. So that same --
18   A. Arlington, yeah.
19   Q. -- that same address you gave me for February?
20   A. Yeah.
21   Q. Okay. Do you consider yourself an evacuee of
22 New Orleans from the storm?
23   A. Yes.
24   Q. Yes?
25   A. Yeah.

Page 9

1    Q. And when do you plan to return to New Orleans?
2    A. I don't have any plans to return.
3    Q. Is that because it's indefinite or you've decided
4 that you're not coming back?
5    A. That's in- -- yeah, indefinite.
6    Q. Okay. So you may come back?
7    A. No. No. I am not.
8    Q. Why are --
9    A. I've decided --
10   Q. -- you not coming back?
11   A. There ain't no reason for me to come back.
12   Q. Do you understand my --
13   A. I'm not --
14   Q. -- question? Have you decided that you're not
15 coming back?
16   A. I've decided that I'm not coming back, yes.
17   Q. Okay. So would it be accurate to say that right
18 now you're living in --
19   A. Arlington.
20   Q. -- the Gemstone address in Arlington, Texas, with
21 the intent to remain there indefinitely?
22   A. Yeah. I plan on living in -- in Texas, yeah.
23   Q. Okay. And where were you living on November 28th
24 of 2006 --
25   A. The same residence.

Paul Gulley, Vol. I                                                                December 21, 2006

---

Page 14

1      I, PAUL GULLEY, have read the foregoing
2  deposition and hereby affix my signature that same is true
3  and correct, except as noted herein.
4
5
6
7                    _____
                     PAUL GULLEY
   STATE OF TEXAS )
8      Subscribed and sworn to before me by the said
   witness, PAUL GULLEY, on this the _____ day of
9  _____, 2007.
10
11                    _____
                     NOTARY PUBLIC IN AND FOR
                     THE STATE OF _____
12 My Commission Expires:
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 16

1  attorney or counsel employed by the parties hereto, or
2  financially interested in the action.
3      In witness whereof, I have hereunto set my
4  hand and affixed my seal this _5th_ day of _January_
5  2007.                                                  By: aR
6
7                    _Sonya B. Britt_
   SONYA B. BRITT, CSR
8  Esquire Deposition Services
   1700 Pacific Avenue
9  Suite 4750
   Dallas, Texas 75201
10 Cert. No. 7205
   Cert. Expires: 12-31-08
11 Firm Registration No.: 286
   (214) 257-1436
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 15

1  STATE OF TEXAS )
2
3      I, Sonya B. Britt, a Certified Shorthand
4  Reporter in and for the State of Texas, do hereby certify
5  that, pursuant to the agreement hereinbefore set forth,
6  there came before me on the 21st day of December, 2006, at
7  9:50 a.m., at Esquire Deposition Services, located at
8  5601 Bridge Street, Suite 300, in the City of Fort Worth,
9  State of Texas, the following named person, to wit: Paul
10 Gulley, who was by me duly cautioned and sworn to testify
11 the truth, the whole truth and nothing but the truth, of
12 his knowledge touching and concerning the matters in
13 controversy in this cause; and that he was thereupon
14 carefully examined upon his oath, and his examination was
15 reduced to writing under my supervision; that the
16 deposition is a true record of the testimony given by the
17 witness, same to be sworn to and subscribed by said witness
18 before any Notary Public, pursuant to the agreement of the
19 parties; and that the amount of time used by each party at
20 the deposition is as follows:
21      Mr. Evans - 0 hours, 9 minutes;
22      I further certify that I am neither attorney
23 or counsel for, nor related to or employed by, any of the
24 parties to the action in which this deposition is taken,
25 and further that I am not a relative or employee of any

---

042a33b9-3557-44a7-8dd0-fc5a7cdf9968

Paul Gulley, Vol. I

December 21, 2006

## A

above-styled 1:18
accident 11:6,13
accurate 9:17
action 1:2 15:24
  16:2
address 7:12 8:19
  9:20
affix 14:2
affixed 16:4
ago 6:16,19 8:14
  10:1
agreement 15:5,18
ahead 7:16
ain't 9:11
ALCEE 4:25
amount 15:19
ANGELA 1:2
anticipate 11:23
appearance 11:21
Appearances 3:2
appeared 10:4
Arlington 7:10,23
  7:24 8:18 9:19,20
arrangements 6:8
asked 11:5
attach 3:5
attached 1:25
attend 4:19
attorney 4:8 15:22
  16:1
August 5:3 6:10,19
  6:21
AUSTIN 2:8
Avenue 2:8 16:8
a.m 1:19,20 15:7

## B

B 1:20 2:3 15:3
  16:7
back 5:3 9:4,6,10
  9:11,15,16
Baumer 5:15,16
behalf 11:21
believe 11:22

best 10:20
born 4:17
Bridge 1:22 15:8
brief 4:13
Britt 1:20 15:3 16:7
BUDGET 1:5
BURGOS 2:3

## C

C 2:1 4:1
Canal 2:4
car 1:5 7:5,7
care 11:11
carefully 15:14
case 10:4 11:12,21
  11:24
cause 1:19 15:13
cautioned 15:10
Cert 16:10,10
Certified 15:3
certify 15:4,22
chance 11:8
CHANGE 13:4,4
Changes 3:3 13:1
city 7:21 15:8
Civil 1:2,24
clarification 11:19
come 9:6,11
coming 9:4,10,15
  9:16
Commission 14:12
COMPANY 1:5
concerning 15:12
condensed 12:8,10
confer 11:8
confirm 10:22
consider 8:21
controversy 15:13
copy 3:5 12:8
CORPORATION
  1:4
correct 11:2 14:3
counsel 15:23 16:1
Court 1:1 7:11
CSR 1:20 16:7

currently 11:22

## D

D 3:1 4:1
Dallas 2:9 6:14,15
  6:16 16:9
Damages 10:16
date 11:5,14 13:2
day 1:19 14:8 15:6
  16:4
December 1:9,19
  15:6
decided 9:3,9,14,16
DEFENDANT 2:6
depose 11:4
deposition 1:8,16
  1:22 4:11,14
  11:13,20 12:8
  13:2 14:2 15:7,16
  15:20,24 16:8
destroyed 5:21 6:4
  6:6
DISTRICT 1:1,1
document 10:12,23
driver's 3:5
duly 1:18 4:3 15:10

## E

E 2:1,1 3:1 4:1,1
EASTERN 1:1
employed 15:23
  16:1
employee 15:25
Esquire 1:22 15:7
  16:8
evacuee 8:21
Evans 2:3,3 3:2 4:5
  4:8 7:11,14,21
  10:21,25 11:16,25
  12:5,6,10 15:21
examination 3:2
  4:4 15:14
examined 15:14
Expires 14:12
  16:10

## F

F 1:4
family 8:10
Fax 2:5,10
February 7:1,4,5,8
  8:8,19
Federal 1:24
financially 16:2
find 7:13
fine 12:3,11
finish 4:22
Firm 16:11
first 4:3
FLETCHER 2:8
following 15:9
follows 4:3 15:20
Foods 5:15,16
foregoing 14:1
Fort 1:23 6:17 15:8
forth 15:5
Fortier 4:25
full 12:8
further 15:22,25
future 11:24

## G

G 4:1
Gayoso 5:10
Gem 8:15
Gemstone 7:9,18
  8:15,15 9:20
give 10:19
given 4:11 15:16
go 6:10 7:16
Good 4:6,7
graduate 5:1
Gulley 1:5,9,16 2:6
  4:2,6 11:20 12:1
  13:2 14:1,7,8
  15:10
Gulley's 3:5
G-E-M-S-T-O-N-E
  7:19

## H

hand 16:4
handed 10:12
HENRY 2:8
hereinbefore 15:5
hereto 1:25 16:1
hereunto 16:3
high 4:19,22,24,25
  5:1
hit 5:20
HOLDING 1:4
hours 15:21
house 5:20,23 6:7
household 6:7
Hurricane 5:5

## I

ID 3:6
identification 3:6
III 2:3
indefinite 9:3,5
indefinitely 9:21
INFORMATIO...
  3:4
instance 1:17
intent 8:4 9:21
interested 16:2
issues 11:12

## J

job 6:20,21
jobs 6:22 8:4
joining 11:17

## K

Katrina 5:5
know 7:11
knowledge 15:12
Kristopher 11:1

## L

leader 5:19
letter 11:25 12:3
Let's 5:11 8:13
license 3:6
limited 4:14
living 5:9 6:8 7:7,9

Paul Gulley, Vol. I                                December 21, 2006

**V**

**version** 12:11
**VERSUS** 1:3
**visit** 8:8
**visiting** 8:10
**VOLUME** 1:10

**W**

**want** 5:3 10:22
  11:18
**week** 6:16,19
**weeks** 10:1
**welcome** 11:18
**went** 6:13
**we'll** 11:12
**whereof** 16:3
**wit** 15:9
**witness** 1:17 7:18
  10:17,23 13:2
  14:8 15:17,17
  16:3
**working** 5:13 6:15
  6:16,22 8:3
**Worth** 1:23 6:17
  15:8
**writing** 15:15

**X**

**X** 3:1

**Y**

**yeah** 5:6,8,17 6:1
  6:24 7:2,4,4,6,6
  7:25 8:13,15,18
  8:20,25 9:5,22,22
  11:3
**year** 4:15 7:1 8:11
  8:12

**0**

**0** 15:21
**06-10716** 1:3

**1**

**1** 1:10
**1st** 7:1,5,8 8:8

**12-31-08** 16:10
**12/21/06** 13:2
**14** 3:3
**1700** 2:8 16:8
**18** 7:9
**1981** 5:2

**2**

**2** 3:2
**2005** 5:3 6:12
**2006** 1:9,19 7:1,5,8
  8:9,13 9:24 15:6
**2007** 14:9 16:5
**21** 1:9
**21st** 1:19 15:6
**214** 16:11
**214.658.1919** 2:10
**214.658.1923** 2:10
**227** 5:10
**257-1436** 16:11
**2700** 2:9
**28th** 9:23
**286** 16:11
**29** 5:3
**29th** 6:10,19

**3**

**3** 1:5
**300** 1:23 15:8
**3535** 2:4

**4**

**4** 3:2
**4750** 16:9

**5**

**5th** 7:1 8:11
**504.482.8525** 2:5
**504.488.3722** 2:5
**5601** 1:22 15:8

**7**

**70119** 2:4
**7205** 16:10
**75201** 2:9 16:9

**8**

**814** 7:9 8:15

**9**

**9** 15:21
**9:50** 1:19 15:7
**9:59** 1:20 12:12